# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

07 APR 26 PM 12:29

U.S. DISTRICT COURT
N.D. OF ALABAMA

CV-07-HS-0765-E

Inmate Identification Number: _____

David Cicero Puckett
_____

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

Lt.d. Pettway / Sgt. Pettway
Warden Arnold Holt
Deputy Warden Giles

(Enter above full name(s) of the defendant(s) in this action)

*It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.*

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( ✓ )          No ( )

   B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s): David Cicero Puckett

         Defendant(s): Pettway, Warden Holt & Deputy Warden W. J. Giles

2. Court (if Federal Court, name the district; if State Court, name the county) _Northern district_

3. Docket number _CV-99-PT-3128-E_

4. Name of judge to whom case was assigned _~~judge~~ N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Dismissed_

6. Approximate date of filing lawsuit _Around or on 11/24/1999_

7. Approximate date of disposition _N/A_

II. Place of present confinement _Bullock County Correctional Facility (was)_

A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No ( ✓ )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No ( ✓ )

C. If your answer is YES:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is NO, explain why not? _I'm not currently incarcerated._

2

I. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) David Cicero Puckett

Address 3425 U.S. Hwy 78 E, #5
Anniston, AL. 36207

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Pettway
   is employed as COI
   at Bullock County Correctional Facility

C. Additional Defendants Warden Arnold Holt & Deputy Warden W.J. Giles

V. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

During my incarceration at/in Bullock County Correctional Facility, Pettway COI, had, on many different occassions, tried to stalk and harrass me in different dorms, and also, anywhere else he had the oppurtunity

3

to,

## V. RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I respectfully request your honorable court award me the sum of $1,500.00

I also respectfully request the honorable court have named defendant(s) pay all fees rendered, including the filing fees.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/24/2007.

*David Cicero Puckett*

Signature(s)