FILED
2007 May-09 PM 02:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED

07 MAY -9 PM 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN AND FOR THE UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF ALABAMA
ROOM 140
HUGO L. BLACK U.S. COURTHOUSE
1729-5th AVENUE NORTH
BIRMINGHAM, AL 35203

DAVID CICERO PUCKETT,          )
            Plaintiff(s),      )
                               )
V.                             )  CV-07-HS-0965-E
                               )
PETTWAY, et al.,               )
            Defendant(s).      )

## MOTION TO AMEND

Comes now, motion to amend a new relief request into this honorable court.

Plaintiff respectfully request motion is accepted as is.

Respectfully submitted on this the 7th day of May, 2007.

David Cicero Puckett
DAVID CICERO PUCKETT

V. RELIEF (new)
   I respectfully request this honorable court award
me the sum of $ 5000.