FILED
2007 May-16 AM 10:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID CICERO PUCKETT, | ) |
| Plaintiff, | ) |
| v. | ) 1:07-CV-00765-VEH-RRA |
| LIEUTENANT PETTWAY, et al., | ) |
| Defendants. | ) |

### ORDER

On April 26, 2007, the plaintiff filed an application to proceed *in forma pauperis* using the application for use by incarcerated persons; however, the plaintiff states clearly within the application and complaint that he is not incarcerated. (Docs. #1 & 2.) As such, the plaintiff must file an application to proceed *in forma pauperis* for individuals not presently incarcerated.

IF PLAINTIFF FAILS TO CORRECT COMPLY WITH THIS ORDER WITHIN FIFTEEN (15) DAYS FROM THE ENTRY DATE OF THIS ORDER, THE COURT MAY DISMISS THIS CASE FOR WANT OF PROSECUTION. FED. R. CIV. P. 41(b).

The Clerk is DIRECTED to send to plaintiff a copy of this Order, along with the attached application to proceed *in forma pauperis*.

DONE this the 16th day of May, 2007.

Robert R. Armstrong, Jr.
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID CICERO PUCKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:07-CV-00765-VEH-RRA |
| | ) | |
| | ) | |
| LIEUTENANT PETTWAY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

A. Your full name: _____

Present mailing address: _____
_____

_____ Telephone (if any): _____

B. Are you presently employed?   Yes ____   No ____

If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages.

_____
_____

Weekly earnings: _____

If you are not presently employed, give the name and address of your last employer, when you last worked, and the amount of the weekly salary or wages you were receiving.

_____
_____

Date last worked: _____

Weekly earnings: _____

      If you are not presently employed, explain to the Court how your shelter and meals are provided.

_____

_____

_____

C.     Approximately how much money have you received in the past twelve months:

(1) as wages, salary, commissions, or earned income of any kind? $ _____

(2) as interest, dividends, rents, or investment income of any kind? $ _____

(3) as gifts or inheritance? $ _____

(4) from social security, unemployment compensation, or any form of state or federal welfare payments or benefits? $ _____

(5) from pensions, annuities, workmen's compensation, disability, or other insurance policies?
    $ _____

(6) from all other sources? $ _____

D.     How much money do you own or have in any checking or saving accounts? $ _____

E.     Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?    Yes _____          No _____

If the answer is "yes," describe the property and state its approximate value:

_____

_____

_____

F.     How much money do you owe to others? $ _____

As to each debt of over $100.00, state the name of the creditor and the approximate amount owed:

_____

_____

_____

G.     List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.

2

_____
_____
_____

H.    Are there any other persons regularly residing in our household who are over the age of 18 and who are presently employed?    Yes ____    No ____

If the answer is "yes," provide the following information for each such person:

Name: _____

Relationship: _____

Employer: _____

Weekly earnings: $ _____

Name: _____

Relationship: _____

Employer: _____

Weekly earnings: $ _____

I.    Provide any additional information that you believe supports your claim that you cannot financially afford to pay court fees, costs, or security.

_____
_____
_____
_____
_____

(Attach additional sheets as needed)

**I do declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Dated: _____

_____
SIGNATURE

3