2007 MAY 21 PM 1:48

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID CICERO PUCKETT, | ) |
| Plaintiff, | ) |
| v. | ) 1:07-CV-00765-VEH-RRA |
| LIEUTENANT PETTWAY, et al., | ) |
| Defendants. | ) |

### APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

A. Your full name: David Cicero Puckett

Present mailing address: 3425 U.S. Hwy 78 E, #5
Anniston, AL 36207

Telephone (if any): _____

B. Are you presently employed? Yes ___ No ✓

If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages.

Weekly earnings: _____

If you are not presently employed, give the name and address of your last employer, when you last worked, and the amount of the weekly salary or wages you were receiving.

Oppurtunity Center - 6300 McClellan Blvd., Anniston.
Please follow instructions on other forms.
Date last worked: 03/__/2007

Weekly earnings: _____

If you are not presently employed, explain to the Court how your shelter and meals are provided.
_Please follow instructions on other forms._

C. Approximately how much money have you received in the past twelve months:
(1) as wages, salary, commissions, or earned income of any kind? $ _0_
(2) as interest, dividends, rents, or investment income of any kind? $ _0_
(3) as gifts or inheritance? $ _0_
(4) from social security, unemployment compensation, or any form of state or federal welfare payments or benefits? $ _0_
(5) from pensions, annuities, workmen's compensation, disability, or other insurance policies? $ _0_
(6) from all other sources? $ _0 25-40 month. (Not every month!)_
D. How much money do you own or have in any checking or saving accounts? $ _0_
E. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)? Yes ___ No _✓_
If the answer is "yes," describe the property and state its approximate value:

F. How much money do you owe to others? $ _0_
As to each debt of over $100.00, state the name of the creditor and the approximate amount owed:
_No One._

G. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.

2

H.   Are there any other persons regularly residing in our household who are over the age of 18 and who are presently employed?   Yes ___   No ✓

If the answer is "yes," provide the following information for each such person:

Name: _____

Relationship: _____

Employer: _____

Weekly earnings: $ _____

Name: _____

Relationship: _____

Employer: _____

Weekly earnings: $ _____

I.   Provide any additional information that you believe supports your claim that you cannot financially afford to pay court fees, costs, or security.

*Please follow instructions on other forms.*

(Attach additional sheets as needed)

**I do declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Dated: 05/17/07

*David Cicero Puckett*
SIGNATURE

3