# UNITED STATES DISTRICT COURT
## Northern District of Alabama
### Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 731-1700

**Sharon  N. Harris**
**Clerk**

July 12, 2007

Ms. Debra P. Hackett, Clerk
U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. Box 711
Montgomery, AL  36101-0711

                                            **Case Number: 1: 07-CV-765-VEH-RRA**

**Dear Ms. Hackett:**

      In accordance with the order of this court, the above-entitled civil action is transferred to your court for further litigation.  Enclosed is a certified copy of the order of transfer, a certified copy of the docket entries of the original record on file.  Please acknowledge receipt on the attached copy of this letter.

                                            Sincerely,

                                            **SHARON  N. HARRIS, CLERK**

                                            **By: s/ Joseph Colvin**
                                                **Deputy Clerk**

**SNH:JLC**

**Enclosures**

**xc:**    **Counsel**

CLOSED, TRANSFERRED OUT

# U.S. District Court
## Northern District of Alabama (Eastern)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00765-VEH-RRA
### Internal Use Only

Puckett v. Pettway et al
Assigned to: Judge Virginia Emerson Hopkins
Referred to: Magistrate-Judge Robert R Armstrong
Demand: $1,000
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/26/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**David Cicero Puckett**              represented by **David Cicero Puckett**
                                                     3425 U.S.Hwy. 78 E. Room # 5
                                                     Anniston, AL 36207
                                                     US
                                                     PRO SE

V.

**Defendant**

**Lt. or Sgt. Pettway**

**Defendant**

**Warden Arnold Holt**

**Defendant**

**Deputy Warden W.J. Giles**

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: [signature] DEPUTY CLERK

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2007 | 1 | COMPLAINT against Lt. or Sgt. Pettway, Warden Arnold Holt and Deputy Warden W.J. Giles, filed by David Cicero Puckett.(JLC, ) (Entered: 04/27/2007) |
| 04/26/2007 | 2 | MOTION for Leave to Proceed In Forma Pauperis by David Cicero Puckett. (JLC, ) (Entered: 04/27/2007) |
| 05/09/2007 | 3 | MOTION to Amend by David Cicero Puckett. (JLC, ) (Entered: 05/09/2007) |
| 05/16/2007 | 4 | ORDER that Plaintiff must file an application to proceed in forma pauperis for individuals not presently incarcerated within 15 days from the entry date of this Order as stated herein. Signed by Judge Robert R Armstrong on 5/16/2007. (JLC, ) Additional attachment(s) added on 5/16/2007 (JLC, ). (Entered: 05/16/2007) |

| 05/16/2007 |   | ***Staff notes*** 4 Order on Deficient Pleading sent to Plaintiff via USPS on this the 16th day of May, 2007. (JLC, ) (Entered: 05/16/2007) |
|---|---|---|
| 05/21/2007 | 5 | MOTION for Leave to Proceed In Forma Pauperis by David Cicero Puckett. (JLC, ) (Entered: 05/21/2007) |
| 06/27/2007 | 6 | ORDER DISMISSING CASE and transferring case to the Middle District of Alabama; original electronic record and certified copy of docket entries will be mailed to Clerk of Court 10 business days from this date. Signed by Judge Virginia Emerson Hopkins on 6/27/2007. (JLC, ) (Entered: 06/27/2007) |
| 06/27/2007 |   | ***Staff notes*** 6 Order Dismissing Case and Transferring Case to the Middle District of Alabama sent to Plaintiff via USPS on this the 27th day of June, 2007. (JLC, ) (Entered: 06/27/2007) |
| 07/12/2007 | 7 | NOTICE OF TRANSFER. (JLC, ) (Entered: 07/12/2007) |