IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID CICERO PUCKETT, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:07cv636-MHT |
| JACKIE PETTWAY, *et al.*, | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Pending before the Court is Plaintiff's *Motion to Amend* (Doc. #3, filed May 16, 2007)[1] and Plaintiff's *Application to Proceed In Forma Pauperis* (Doc. #5, filed May 21, 2007). On July 18, 2007, this matter was referred to the undersigned for action or recommendation on all pretrial matters (Doc. # 8). For good cause, it is

**ORDERED** that the *Application to Proceed In Forma Pauperis* (Doc. #5) is hereby **GRANTED**. For good cause, it is further **ORDERED** that service of this Complaint is **STAYED** pending review under 28 U.S.C. § 1915.

It is further **ORDERED** that the *Motion to Amend* (Doc. #3) is also **GRANTED**. The **CLERK** is instructed to add a docket notation referring to Document #3 as an Amended Complaint as well as the *Motion to Amend*.

---

[1] Plaintiff Motion to Amend does not add any new facts, rather it asked for monetary damages in the amount of $5,000.00.

DONE this the 30th day of August, 2007.

                                                /s/ Wallace Capel, Jr.
                                                WALLACE CAPEL, JR.
                                                UNITED STATES MAGISTRATE JUDGE