IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID CICERO PUCKETT, )
)
Plaintiff, )
)
)
v. )
) CIVIL ACTION NO. 2:07cv636-MHT
JACKIE PETTWAY, *et al.*, )
)
Defendants. )

## ORDER

On August 30, 2007, the Magistrate Judge filed an Amended Recommendation in this case to which no timely objections have been filed (Doc. #11). After review of the Recommendation, and after an independent and de novo review of the entire record, the Court adopts the Recommendation.

Accordingly, it is ORDERED and ADJUDGED that Plaintiff's claims are dismissed without prejudice, because, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), this action is frivolous.

An appropriate judgment will be entered.

DONE, this the 24th day of September, 2007.

        /s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE